IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WESTERN ENERGY COMPANY<br>P.O. Box 99<br>138 Rosebud Lane,<br>Colstrip, MT 59323<br><br>    Plaintiff,<br><br> v.<br><br>DIRK KEMPTHORNE,<br> Secretary, United States<br> Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>C. STEPHEN ALLRED,<br> Assistant Secretary, Land and<br> Minerals Management,<br> U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>RANDALL B. LUTHI<br> Director, Minerals Management<br> Service<br> U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>UNITED STATES DEPARTMENT<br> OF THE INTERIOR<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. |

CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Western Energy Company, certify that to the best of my knowledge and belief, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Western Energy Company which have any outstanding securities in the hands of the public.

WESTMORELAND COAL COMPANY

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

JOHN K. MCDONALD
D.C. Bar No.304642
JACKSON KELLY PLLC
2401 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20037
(202) 973-0200