IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN ENERGY COMPANY<br>P.O. Box 99<br>138 Rosebud Lane,<br>Colstrip, MT 59323<br><br>     Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE,<br>Secretary, United States<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>C. STEPHEN ALLRED,<br>Assistant Secretary, Land and<br>Minerals Management,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>RANDALL B. LUTHI<br>Director, Minerals Management<br>Service<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>UNITED STATES DEPARTMENT<br>OF THE INTERIOR<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>     Defendants. | Case No. 07-2237 (RCL) |

{S0313690.1}

## AFFIDAVIT OF SERVICE

DISTRICT OF COLUMBIA, to-wit:

Anna I. Walter, being first duly sworn, on her oath deposes and says:

I caused to be served the Summons and Complaint in this action on the following individuals by certified return receipt mail at the addresses set forth below on December 17, 2007 (receipts attached):

United States Attorney
Jeffrey A. Taylor
999 Fourth Street, N.W.
Fourth Floor
Washington, DC 2053

United States Attorney General
Michael B. Mukasey
Robert F. Kennedy Building
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Dirk Kempthorne
Secretary
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

Randall B. Luthi
Director Land and Minerals Management
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

C. Stephen Allred
Assistant Secretary
Land and Minerals Management
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

_/s/ Anna I. Walter_
Anna I. Walter
JACKSON KELLY PLLC
2401 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20037
(202) 973-0200

{S0313690.1}

SWORN to before me this 23rd day of January 2008.

                                              _____
                                              Notary Public

My Commission Expires:

                                             Z. LYNN LEE
                                     Notary Public, District of Columbia
                                         My Commission Expires
                                           OCT. 31, 2009

{S0313690.1}

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.48 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.28 |

Postmark Here

Sent To: Jeffrey Taylor
Street, Apt. No.; or PO Box No. 555 4th St NW
City, State, ZIP+4 Wash. DC 20530

7007 1490 0000 7580 3641

PS Form 3800, August 2006        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney
Jeffrey A. Taylor
555 4th Street, NW, 4th Floor
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  DEC 17 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)    7007 1490 0000 7580 3641

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-F-1838

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.48 | |
| Certified Fee | 2.65 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.15 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.28 | |

7007 1490 0000 7580 3658

Sent To: Michael Mukasey
Street, Apt. No.; or PO Box No. 950 Penna Av NW
City, State, ZIP+4 Wash DC 20530-2000

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ...ted States Attorney General
   ...ichael B. Mukasey
   ...obert F. Kennedy Building
   ...50 Pennsylvania Avenue, NW
   ...hington, DC 20530-2000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
DEC 17 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0000 7580 3658

PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-F-1838

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here

Sent To: Dirk Kempthorne
Street, Apt. No.; or PO Box No. 1849 C St NW
City, State, ZIP+4 Wash., DC 20240

7007 1490 0000 7580 3665

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dirk Kempthorne, Secretary
US Department of the Interior
1849 C Street, NW
Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Melissa Tyson
C. Date of Delivery: DEC 17 2007

D. Is delivery address different from item 1? ☐ Yes  ☑ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0000 7580 3665

PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-F-1838

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.28 |

Postmark Here

7007 3490 0000 7580 3696

Sent To: U S Dept of Interior
Street, Apt No.; or PO Box No. 1849 C St. N.W
City, State, ZIP+4 Wash., DC 20240

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M. _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): Melissa Weber
C. Date of Delivery: DEC 17 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-F-1838



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0000 7580 3672**
Status: **Delivered**

Your item was delivered at 8:54 AM on December 17, 2007 in WASHINGTON, DC 20240.

(Additional Details >)  (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  (Go >)

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA




**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0000 7580 3689**
Status: **Delivered**

Your item was delivered at 8:54 AM on December 17, 2007 in WASHINGTON, DC 20240.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage  $ 1.48
Certified Fee  2.65
Return Receipt Fee (Endorsement Required)  2.15
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $ 6.28

Sent To  Randall B. Luthi
Street, Apt. No.; or PO Box No.  1849 C St.
City, State, ZIP+4  Wash., DC 20240

7007 1490 0000 7580 3689

PS Form 3800, August 2006    See Reverse for Instructions

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    01/02/2008