**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESTERN ENERGY COMPANY )<br>P.O. Box 99 )<br>138 Rosebud Lane )<br>Colstrip, MT 59323 )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>DIRK KEMPTHORNE, )<br>Secretary, United States )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C.  20240 )<br> )<br>C. STEPHEN ALLRED, )<br>Assistant Secretary, Land and )<br>   Minerals Management, )<br>U.S. Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C.  20240 )<br> )<br>RANDALL B. LUTHI )<br>Director, Minerals Management )<br>   Service )<br>U.S. Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C.  20240 )<br> )<br>UNITED STATES DEPARTMENT )<br>   OF THE INTERIOR )<br>1849 C Street, N.W. )<br>Washington, D.C.  20240 )<br>Defendants ) | Civil No.1: 07-2237 (RCL) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF
TIME WITHIN WHICH TO ANSWER**

Federal defendants ("Interior") respectfully move this Court to extend, up to

and including 7 March 2008, the time within which Interior may file an answer to plaintiff's

Complaint for Declaratory and Injunctive Relief.

Before the undersigned Justice Department attorney may prepare a draft

answer, he must receive a litigation report in which Interior responds formally to plaintiff's

factual and legal allegations.  Because the Interior counsel assigned to draft this report has

resigned from that agency, Interior has not yet completed its litigation report.  Under these

circumstances, Interior respectfully requests an extension of the time by which it must file

an answer.  Extending this time to 7 March 2008 would enable Interior to reassign this case

to a different attorney.

This is Interior's first request for an enlargement.  Today, by both e-mail and

a telephone message, the undersigned federal counsel requested plaintiff's counsel to either

support or oppose this motion.  Plaintiff's counsel has not yet responded to this request.

Therefore, federal counsel has not yet ascertained plaintiff's position on this motion.


Respectfully submitted,


*/s/ Gregory D. Page*
GREGORY D. PAGE, DC Bar 398121
U.S. Department of Justice
Environment and Natural Resources Section
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0446
Attorneys for the Federal Defendants

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a copy of the foregoing has been served by

electronic filing on 15 February 2008 to the following counsel of record:

> Thad S. Huffman
> JACKSON KELLY PLLC
> 2401 Pennsylvania Avenue, N.W.
> Suite 400
> Washington, D.C.  20037
> (202) 973-0200

> */s/ Gregory D. Page*
> Gregory D. Page