UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN ENERGY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, et al., )<br>)<br>)<br>Defendants. )<br>)<br>) | C. A. No.: 07-2237 (RCL) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alexander D. Shoaibi as counsel for defendants in the above-captioned case.

/s/
ALEXANDER D. SHOAIBI
D.C. BAR 423587
Assistant United States Attorney
555 4th St., N.W., Room E4218
Washington, D.C.  20530
202-514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this  18th   day of February, 2008, I caused the foregoing **Entry of Appearance Praecipe**  to be served on counsel for plaintiff through the ECF system.

 /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney