UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN ENERGY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, et al., )<br>)<br>)<br>Defendants. )<br>)<br>_____ ) | C. A. No.: 07-2237 (RCL) |

**FIRST MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendants, by counsel, move for a thirty day enlargement of time in which to respond to plaintiff's complaint. The requested enlargement is merited for the following reasons:

1. Undersigned counsel has not yet received the background documentation from Defendants necessary to prepare a response to plaintiff's complaint.

2. Undersigned counsel has contacted the agency and expects to receive the information necessary to prepare a response withing thirty days from the present filing deadline of February 19, 2008.

3. Granting the requested enlargement of time for the filing of defendant's response would be in the interests of justice and would not unduly prejudice plaintiff.

4. Undersigned counsel left messages on plaintiff's counsel's answering machine requesting his position on this requested enlargement of time.  At the time of filing this motion, undersigned counsel has not heard back from plaintiff's counsel.

Wherefore, defendant moves that he be allowed to file his response to the complaint in this case on or before March 20, 2008.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing was served through the ECF system on plaintiff's counsel on this 18th day of February, 2008.

_____//_____
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WESTERN ENERGY COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No.: 07-2237 (RCL) |
| | ) | |
| v. | ) | |
| | ) | |
| **DIRK KEMPTHORNE, et al.,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## ORDER

**UPON CONSIDERATION** of defendants' first motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall respond to Plaintiff's Complaint on or before March 20, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.