IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN ENERGY COMPANY )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, )<br>Secretary, United States )<br>Department of Interior, et al. )<br>)<br>Defendants. )<br>_____) | Case No. 1:07-cv-02237 (RCL) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Thad S. Huffman as co-lead attorney of record for the Plaintiff in the captioned case and include him as a recipient for all electronic filings.

Service of any papers not served electronically should be addressed as follows:

        Thad S. Huffman
        Jackson Kelly PLLC
        1875 Connecticut Avenue, NW
        Suite 1110
        Washington, D.C.  20009

Dated: February 21, 2008


  /s/ Thad S. Huffman
Thad S. Huffman (DC Bar No. 424541)
Jackson Kelly PLLC
1875 Connecticut Avenue, NW
Suite 1110
Washington, DC  20009
Telephone: (202) 973-0200
Facsimile: (202) 973-0232
E-mail: tshuffman@jacksonkelly.com

{S0313966.1}