UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WESTERN ENERGY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 07-2237 (RCL) |
| | ) | |
| DIRK KEMPTHORNE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendants Dirk Kempthorne, Secretary of the Department of Interior, C. Stephen Allred, Assistant Secretary of the Land and Minerals Management, Department of Interior, Randall B. Luthi, Director of the Minerals Management Service, Department of Interior, and the United States Department of Interior have filed an answer.  Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendants.  Within fourteen (14) days thereafter, and in accordance with Local Rule 16.3(d), the parties shall jointly submit the following:

(1) a written report outlining the discovery plan; and

(2) a proposed scheduling order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on March 11, 2008.