IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:07-cv- 2237 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MEET AND CONFER REPORT

Pursuant to Rules 26(f) and 16(b) of the Federal Rules of Civil Procedure, Local Rule 16.3, and this Court's Order and Notice of March 11, 2008, the parties, by counsel, conferred and report as follows:

**A.    Issues Set Forth in LCvR 16.3**

1.    Plaintiff seeks judicial review of the September 12, 2007 final decision of the Interior Board of Land Appeals in *Western Energy Company*, IBLA 2005-241, 172 IBLA 258, which affirmed a March 30, 2005 determination by the Minerals Management Service's Associate Director for Policy and Management Improvement. As an action for review under the Administrative Procedures Act ("APA"), the parties agree that: (i) no discovery is currently contemplated; (ii) the case is limited to the administrative record; and (iii) the case should be decided on summary judgment.

2. The parties will work together in good faith in an effort to agree on the components of the administrative record, relevant portions of which will be designated and included in an appendix to be filed with the Court in accordance with LCvR 7(n). Any necessary parties shall be joined and pleadings amended, if necessary, by April 15, 2008.

3. The parties agree that the case should not be assigned to a magistrate judge for any purpose.

4. The parties agree that there is a possibility of settlement. The parties anticipate commencing settlement discussions as soon as the Defendants have completed their initial risk assessment.

5. The parties agree that, currently, the case will not benefit from the Court's ADR procedures. The parties may, however, request the Court to invoke those procedures in the future if negotiations warrant such action.

6. The parties agree that the case should be resolved by summary judgment. Proposed dates for the filing of motions are set forth in Section B below.

7. The parties agree to dispense with initial disclosures required by Fed. R. Civ. P. 26(a)(1).

8. Because the plaintiff commenced this case under the APA, it is governed by the APA rule that, subject to narrow exceptions, judicial review is limited to the administrative record. Thus, without waiving the right to conduct any discovery permitted by the APA, if necessary, once the administrative record is proffered, the parties currently anticipate no need for discovery.

9.      On April 7, 2008, counsel for Plaintiff received a decision dated March 26, 2008 and signed by the Assistant Secretary of the Interior for Land and Minerals Management. The Assistant Secretary Decision denied Plaintiff's appeal of a 2006 MMS order to pay additional royalties that is factually identical to the MMS Orders affirmed by the IBLA Decision that is the subject of this litigation, but applied to the subsequent period, January 1, 2002, through December 31, 2004. Plaintiff's appeal was denied because the Assistant Secretary determined that the underlying issues were fully and finally addressed in the IBLA Decision. The Assistant Secretary Decision "is not subject to appeal to the Interior Board of Land Appeals and is the final action of the Department." Plaintiff expects to submit a Motion for Leave to File an Amended Complaint to incorporate the time period covered by the appeal that was denied by the Assistant Secretary Decision. Counsel for Defendants will consult his clients to determine whether they will support or oppose Plaintiff's future motion. The parties do not anticipate that this issue will alter the proposed schedule.

**B.    Proposed Schedule.**

The parties have agreed on the following proposed schedule:

### Designation of Administrative Record

| | |
|---|---|
| April 30, 2008 | Defendants provide plaintiff with an index of proposed Administrative Record |
| May 9, 2008 | Plaintiff provides defendants with an index of additional items sought to be included in or stricken from the proposed Administrative Record, if any |
| May 23, 2008 | Parties agree on and file Index of Administrative Record or, in the absence of agreement, file motion to supplement or modify administrative record |

## Settlement Discussions and Merits Briefing

By the later of June 16, 2008 or, if a motion to supplement or modify the administrative record is filed, 14 days after the Court's ruling thereon: parties either notify this Court that they have completed settlement discussions or move the Court to stay merits briefing, provided settlement is likely

30 days later: plaintiff files its opening motion for summary judgment, provided settlement talks are unsuccessful;

30 days later: defendants file consolidated opposition brief and federal motion for summary judgment

20 days later: plaintiff files consolidated opposition and reply brief;

20 days later: defendants file reply brief

C.  **Proposed Order.**

A proposed order reflecting the suggested schedule agreed upon by the parties is attached.

Filed this 9th day of April 2008.

| | |
|---|---|
| /s/ Gregory D. Page | /s/ John K. McDonald |
| Gregory D. Page (Bar No. 398121) | John K. McDonald (Bar No. 304642) |
| U.S. Department of Justice | Thad S. Huffman (Bar No. 424541) |
| P.O. Box 663 | JACKSON KELLY PLLC. |
| Washington, D.C. 20004-0663 | 1875 Connecticut Ave., N.W. - Suite 1110 |
| Tel: (202) 305-0446 | Washington, D.C. 20009 |
| | Tel: (202) 973-0200 |
| Attorney for the Defendants | Fax: (202) 973-0232 |
| | |
| | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:07-cv- 2237 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED SCHEDULING ORDER

The Court, having considered the agreement of the parties and being of the opinion that the same is reasonable, establishes the following schedule:

### Designation of Administrative Record

| | |
|---|---|
| April 30, 2008 | Defendants provide plaintiff with an index of proposed Administrative Record |
| May 9, 2008 | Plaintiff provides defendants with an index of additional items sought to be included in or stricken from the proposed Administrative Record |
| May 23, 2008 | Parties agree on and file Index of Administrative Record or, in the absence of agreement, file motion to supplement or modify the record |

{S0314280.1}

**Settlement Discussions and Merits Briefing**

| | |
|---|---|
| By the later of June 16, 2008 or, in the event a motion to supplement or modify the administrative record is filed, 14 days after the Court's ruling thereon | Parties either notify this Court that they have completed settlement discussions or move to stay merits briefing, provided settlement is likely |
| 30 days later | Plaintiff files Motion for Summary Judgment |
| 30 days later | Defendants file Opposition and Cross-Motion for Summary Judgment |
| 20 days later | Plaintiff files Opposition and Reply in Support |
| 20 days later | Defendants file Reply in Support |

SO ORDERED.

Entered this ___ day of _____, 2008.

_____

ROYCE C. LAMBERTH

UNITED STATES DISTRICT JUDGE

{S0314280.1}