**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WESTERN ENERGY COMPANY | ) | |
| P.O. Box 99 | ) | |
| 138 Rosebud Lane | ) | |
| Colstrip, MT 59323 | ) | |
| | ) | |
| Plaintiff, | ) | Civil No.1: 07-2237 (RCL) |
| | ) | |
| v. | ) | |
| | ) | |
| DIRK KEMPTHORNE, | ) | |
| Secretary, United States | ) | |
| Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C.  20240 | ) | |
| | ) | |
| C. STEPHEN ALLRED, | ) | |
| Assistant Secretary, Land and | ) | |
|   Minerals Management, | ) | |
| U.S. Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C.  20240 | ) | |
| | ) | |
| RANDALL B. LUTHI | ) | |
| Director, Minerals Management | ) | |
|   Service | ) | |
| U.S. Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C.  20240 | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
|   OF THE INTERIOR | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C.  20240 | ) | |
| Defendants | ) | |

**DEFENDANTS' RESPONSE TO MOTION FOR LEAVE**
**TO FILE AMENDED COMPLAINT**

On 11 April 2008, plaintiffs filed a Motion for Leave to File Amended

Complaint.  Federal defendants do not oppose this motion.


Respectfully submitted,


*/s/ Gregory D. Page*
GREGORY D. PAGE, DC Bar 398121
U.S. Department of Justice
Environment and Natural Resources Section
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0446
Attorneys for the Federal Defendants

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing has been served by

electronic filing on 30 April 2008 to the following counsel of record:

Thad S. Huffman
JACKSON KELLY PLLC
2401 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C.  20037
(202) 973-0200


*/s/ Gregory D. Page*
Gregory D. Page