IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WESTERN ENERGY COMPANY | ) | |
| P.O. Box 99 | ) | |
| 138 Rosebud Lane | ) | |
| Colstrip, MT 59323 | ) | |
| | ) | |
| Plaintiff, | ) | Civil No.1: 07-2237 (RCL) |
| | ) | |
| v. | ) | |
| | ) | |
| DIRK KEMPTHORNE, | ) | |
| Secretary, United States | ) | |
| Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| C. STEPHEN ALLRED, | ) | |
| Assistant Secretary, Land and | ) | |
|   Minerals Management, | ) | |
| U.S. Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| RANDALL B. LUTHI | ) | |
| Director, Minerals Management | ) | |
|   Service | ) | |
| U.S. Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
|   OF THE INTERIOR | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| Defendants | ) | |

**DEFENDANTS' RESPONSE TO MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

On 11 April 2008, plaintiffs filed a Motion for Leave to File Amended

Complaint.  Federal defendants do not oppose this motion.

           Respectfully submitted,

           */s/ Gregory D. Page*
           GREGORY D. PAGE, DC Bar 398121
           U.S. Department of Justice
           Environment and Natural Resources Section
           Natural Resources Section
           P.O. Box 663
           Washington, D.C. 20044-0663
           Telephone: (202) 305-0446
           Attorneys for the Federal Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served by electronic filing on 30 April 2008 to the following counsel of record:

        Thad S. Huffman
        JACKSON KELLY PLLC
        2401 Pennsylvania Avenue, N.W.
        Suite 400
        Washington, D.C.  20037
        (202) 973-0200

        */s/ Gregory D. Page*
        Gregory D. Page