UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN ENERGY COMPANY,  )  <br>  ) <br> Plaintiff,  ) <br> v.  ) <br>  ) Civil Action No. 07-2237 (RCL) <br>  ) <br> DIRK KEMPTHORNE, *et al.*,  ) <br>  ) <br> Defendants.  ) | |

## ORDER

This matter, having come before this Court on plaintiff Western Energy Company's unopposed Motion [11] for Leave to File Amended Complaint, it is hereby

ORDERED that plaintiff's motion be, and is hereby, GRANTED; and it is further

ORDERED that plaintiff's First Amended Complaint be, and is hereby, deemed to have been filed and served as of the date of this Order.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on May 1, 2008.