IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WESTERN ENERGY COMPANY<br>P.O. Box 99<br>138 Rosebud Lane<br>Colstrip, MT 59323 | )<br>)<br>)<br>)<br>) | |
| Plaintiff, | ) | Civil No.1: 07-2237 (RCL) |
| | ) | |
| v. | )<br>) | |
| DIRK KEMPTHORNE,<br>Secretary, United States<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C.  20240 | )<br>)<br>)<br>)<br>)<br>) | |
| C. STEPHEN ALLRED,<br>Assistant Secretary, Land and<br>  Minerals Management,<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C.  20240 | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| RANDALL B. LUTHI<br>Director, Minerals Management<br>  Service<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C.  20240 | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| UNITED STATES DEPARTMENT<br>  OF THE INTERIOR<br>1849 C Street, N.W.<br>Washington, D.C.  20240<br>                Defendants            | )<br>)<br>)<br>)<br>) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF
TIME WITHIN WHICH TO ANSWER**

Federal defendants ("Interior") respectfully move this Court to extend, up to and including 5 June 2008, the time within which Interior may file its answer to plaintiff's First Amended Complaint for Declaratory and Injunctive Relief.

Before the undersigned Justice Department attorney may prepare a draft answer to this amended complaint, he must receive a litigation report in which Interior responds formally to plaintiff's new factual and legal allegations. Because Interior recently reassigned this report to a federal attorney new to this case, Interior has not yet completed its litigation report. Under these circumstances, Interior respectfully requests an extension to 5 June 2008 of the time by which it must file an answer.

This is Interior's first request for an enlargement of the time for responding to plaintiff's amended complaint. Plaintiff's counsel does not oppose this motion.

Respectfully submitted,

*/s/ Gregory D. Page*
GREGORY D. PAGE, DC Bar 398121
U.S. Department of Justice
Environment and Natural Resources Section
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0446
Attorneys for the Federal Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served by electronic filing on 16 May 2008 to the following counsel of record:

>Thad S. Huffman
>JACKSON KELLY PLLC
>2401 Pennsylvania Avenue, N.W.
>Suite 400
>Washington, D.C.  20037
>(202) 973-0200

>*/s/ Gregory D. Page*
>         Gregory D. Page