UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN ENERGY COMPANY, )<br><br>Plaintiff, )<br>v. )<br> )<br>DIRK KEMPTHORNE, *et al.*, )<br> )<br>Defendants. ) | Civil Action No. 07-2237 (RCL) |

## SCHEDULING ORDER

This Court, having considered the agreement of the parties and being of the opinion that the same is reasonable, establishes the following schedule, *nunc pro tunc*:

**Designation of Administrative Record**

| | |
|---|---|
| April 30, 2008 | Defendants provide plaintiff with an index of proposed Administrative Record |
| May 9, 2008 | Plaintiff provides defendants with an index of additional items sought to be included in or stricken from the proposed Administrative Record |
| May 23, 2008 | Parties agree on and file Index of Administrative Record or, in the absence of agreement, file motion to supplement or modify the record |

**Settlement Discussions and Merits Briefing**

| | |
|---|---|
| By the later of June 16, 2008, or, in the event a motion to supplement or modify the administrative record is filed, 14 days after the Court's ruling thereon | Parties either notify this Court that they have completed settlement discussions or move to stay merits briefing, provided settlement is likely |
| 30 days later | Plaintiff files Motion for Summary |

|  | Judgment |
|---|---|
| 30 days later | Defendants file Opposition and Cross-Motion for Summary Judgment |
| 20 days later | Plaintiff files Opposition and Reply in Support |
| 20 days later | Defendants file Reply in Support |

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on June 3, 2008.