IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN ENERGY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:07-cv- 2237 (RCL) |
| v. ) | |
| ) | |
| DIRK KEMPTHORNE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER DEADLINES

Pursuant to Local Civil Rules 7 and 16.1, the parties, by counsel, move the Court to extend the deadlines set forth in its June 3, 2008 Scheduling Order ("Scheduling Order") and June 11, 2008 Notice of Deadlines ("Deadline Notice") by approximately sixty days each as more particularly set forth below. In support of this motion, the parties state as follows:

1. The Court's Scheduling Order and Deadline Notice essentially adopted the proposed schedule set forth in the parties' Joint Meet and Confer Report filed on April 9, 2008.

2. On April 11, 2008, subsequent to the filing of the parties' Joint Meet and Confer Report, the plaintiff moved the Court for leave to file an Amended Complaint, which was granted by the Court on May 1, 2008. After being granted an unopposed time enlargement, the defendants' filed their Answer to First Amended Complaint on June 5, 2008.

3. Apart from the matters raised in the plaintiff's original Complaint, the First Amended Complaint challenges an additional decision of the Assistant Secretary of the Interior for Land and Minerals Management (the "2008 Assistant Secretary Decision"). Because this is an action for review under the Administrative Procedures Act the defendants will need to

compile the administrative record for the 2008 Assistant Secretary Decision before settlement discussions and/or merits briefing concerning it can be accomplished.

4.   The amended pleadings and associated motions and time extensions in connection therewith have taken approximately sixty days that was not anticipated when the parties submitted their proposed schedule. In addition, because of the defendants' recent assignment of a new federal attorney to this case, the parties have not yet had an opportunity to commence settlement discussions.

5.   The parties believe that a time frame enlargement of approximately sixty days should afford them sufficient time to compile the necessary administrative record documents, to complete settlement discussions, and to be in a position to brief summary judgment motions should a settlement not be reached. Accordingly, the parties propose to modify the Scheduling Order and Deadline Notice as follows:

### Designation of Administrative Record

| | |
|---|---|
| June 30, 2008 | Defendants provide plaintiff with a revised index of proposed Administrative Record |
| July 14, 2008 | Plaintiff provides defendants with an index of additional items sought to be included in or stricken from the proposed Administrative Record |
| July 28, 2008 | Parties agree on and file Index of Administrative Record or, in the absence of agreement, file motion to supplement or modify the record |

## Settlement Discussions and Merits Briefing

| | |
|---|---|
| By the later of August 15, 2008, or, in the event a motion to supplement or modify the administrative record is filed, 14 days after the Court's ruling thereon | Parties either notify the Court that they have completed settlement discussions or move to stay merits briefing, provided settlement is reasonably likely |
| 30 days later | Plaintiff files Motion for Summary Judgment |
| 30 days later | Defendants file Opposition and Cross-Motion for Summary Judgment |
| 20 days later | Plaintiff files Opposition and Reply in Support |
| 20 days later | Defendants file Reply in Support |

6.    A proposed order accompanies this motion (Attachment 1).

WHEREFORE, for the reasons stated above, the parties respectfully request that their Motion to Modify Scheduling Order Deadlines be granted.

/s/ Gregory D. Page
Gregory D. Page (Bar No. 398121)
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20004-0663
Tel: (202) 305-0446

Attorney for the Defendants

/s/ John K. McDonald
John K. McDonald (Bar No. 304642)
Thad S. Huffman (Bar No. 424541)
JACKSON KELLY PLLC.
1875 Connecticut Ave., N.W. - Suite 1110
Washington, D.C. 20009
Tel: (202) 973-0200
Fax: (202) 973-0232

Attorneys for Plaintiff

# ATTACHMENT #1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN ENERGY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:07-cv- 2237 (RCL) |
| v. ) | |
| ) | |
| DIRK KEMPTHORNE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## PROPOSED SCHEDULING ORDER

The Court, having considered the parties' Joint Motion to Modify Scheduling Order Deadlines, and being of the opinion that the same is reasonable and should be granted, establishes the following schedule:

**Designation of Administrative Record**

| | |
|---|---|
| June 30, 2008 | Defendants provide plaintiff with a revised index of proposed Administrative Record |
| July 14, 2008 | Plaintiff provides defendants with an index of additional items sought to be included in or stricken from the Administrative Record |
| July 28, 2008 | Parties agree on and file Index of Administrative Record or, in the absence of agreement, file motion to supplement or modify the record |

{S0314685.1}

**Settlement Discussions and Merits Briefing**

| | |
|---|---|
| By August 15, 2008, or, in the event a motion to supplement or modify the administrative record is filed, 14 days after the Court's ruling thereon | Parties either notify the Court that they have completed settlement discussions or move to stay merits briefing, provided settlement is reasonably likely |
| 30 days later | Plaintiff files Motion for Summary Judgment |
| 30 days later | Defendants file Opposition and Cross-Motion for Summary Judgment |
| 20 days later | Plaintiff files Opposition and Reply in Support |
| 20 days later | Defendants file Reply in Support |

SO ORDERED.

Entered this ___ day of _____ 2008.

                                          ROYCE C. LAMBERTH
                                        UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, *et al.*,<br><br>Defendants. | Civil Action No. 1:07-cv- 2237 (RCL) |

**PROPOSED SCHEDULING ORDER**

The Court, having considered the parties' Joint Motion to Modify Scheduling Order Deadlines, and being of the opinion that the same is reasonable and should be granted, establishes the following schedule:

**Designation of Administrative Record**

| | |
|---|---|
| June 30, 2008 | Defendants provide plaintiff with a revised index of proposed Administrative Record |
| July 14, 2008 | Plaintiff provides defendants with an index of additional items sought to be included in or stricken from the Administrative Record |
| July 28, 2008 | Parties agree on and file Index of Administrative Record or, in the absence of agreement, file motion to supplement or modify the record |

{S0314701.1}

**Settlement Discussions and Merits Briefing**

| | |
|---|---|
| By August 15, 2008, or, in the event a motion to supplement or modify the administrative record is filed, 14 days after the Court's ruling thereon | Parties either notify the Court that they have completed settlement discussions or move to stay merits briefing, provided settlement is reasonably likely |
| 30 days later | Plaintiff files Motion for Summary Judgment |
| 30 days later | Defendants file Opposition and Cross-Motion for Summary Judgment |
| 20 days later | Plaintiff files Opposition and Reply in Support |
| 20 days later | Defendants file Reply in Support |

SO ORDERED.

Entered this ___ day of _____ 2008.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

{S0314701.1}