IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN ENERGY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:07-cv- 2237 (RCL)<br><br>FILED<br>JUN 17 2008<br>Clerk, U.S. District and<br>Bankruptcy Courts |

## SCHEDULING ORDER

The Court, having considered the parties' Joint Motion to Modify Scheduling Order Deadlines, and being of the opinion that the same is reasonable and should be granted, establishes the following schedule:

**Designation of Administrative Record**

| | |
|---|---|
| June 30, 2008 | Defendants provide plaintiff with a revised index of proposed Administrative Record |
| July 14, 2008 | Plaintiff provides defendants with an index of additional items sought to be included in or stricken from the Administrative Record |
| July 28, 2008 | Parties agree on and file Index of Administrative Record or, in the absence of agreement, file motion to supplement or modify the record |

**Settlement Discussions and Merits Briefing**

| | |
|---|---|
| By August 15, 2008, or, in the event a motion to supplement or modify the administrative record is filed, 14 days after the Court's ruling thereon | Parties either notify the Court that they have completed settlement discussions or move to stay merits briefing, provided settlement is reasonably likely |
| 30 days later | Plaintiff files Motion for Summary Judgment |
| 30 days later | Defendants file Opposition and Cross-Motion for Summary Judgment |
| 20 days later | Plaintiff files Opposition and Reply in Support |
| 20 days later | Defendants file Reply in Support |

SO ORDERED.

Entered this 17th day of June 2008.

/s/
_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE