**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESTERN ENERGY COMPANY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, C. STEPHEN ) <br> ALLRED, RANDALL B. LUTHI, and ) <br> THE UNITED STATES DEPARTMENT ) <br> OF THE INTERIOR ) <br> ) <br> Defendants. ) <br> _____ ) | Civil No. 1:07-cv-02237 (RCL) |

**NOTICE OF FILING INDEX TO ADMINISTRATIVE RECORD**

Plaintiff challenges two orders and corresponding administrative decisions by federal defendants ("U.S. Minerals Management Service" or "MMS") that plaintiff had improperly deducted the cost of moving its coal from the mining area to a nearby power plant from the particular royalties that must be remitted to MMS because plaintiff extracted this coal from federal lands: a 30 March 2005 MMS order, and a 26 September 2006 MMS order. MMS enforced plaintiff's royalty obligation pursuant to the Administrative Procedure Act, 5. U.S.C. § 706(2)("APA"), and other federal statutes.

The APA limits judicial review of these MMS decisions to the administrative record compiled and authenticated by it. See 5. U.S.C. § 706(2) (reviewing courts in APA cases shall review the "whole record or those parts of it cited by a party"). It requires federal

1

agencies to compile and submit the administrative record. Florida Power & Light Co. v. Lorion, 470 U.S. 729, 743-44 (1985), quoting Camp v. Pitts, 411 U.S. 138, 142 ("[t]he focal point for judicial review should be the administrative record already in existence, not some new record made initially in the reviewing court. The task of the reviewing court is to apply the appropriate APA standard of review...to the agency decision **based on the record the agency presents to the reviewing court**")(emphasis supplied); see also Animal Defense Council v. Hodel, 840 F.2d 1432, 1435-1436 (9th Cir. 1988).

  Pursuant to the APA's mandates, therefore, please take notice that the administrative record specified in the attached indexes has been made available to the parties. This record consists of the documents and other materials that were before MMS when it made the administrative decisions described above. The attached indexes describe all documents and other writings in this record. Both the administrative record and these indexes have been compiled by MMS and authenticated by Mr. George Triebsch of MMS.

  As of today, the administrative record described in the attached indexes has also been made available to the parties for both their inspection and any necessary copying. To inspect the original record, make copying arrangements, or arrange for the electronic transmittal of documents designated in the index under MMS procedures, the parties may contact Mr. Triebsch (tel. 202-208-6213).

Respectfully submitted,

*/s/ Gregory D. Page*
GREGORY D. PAGE, DC Bar 398121
U.S. Department of Justice
Environment and Natural Resources Section
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0446
Attorney for the Federal Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served by electronic filing on 28 July 2008 to the following counsel of record:

> John K. McDonald
> Thad S. Huffman
> JACKSON KELLY PLLC
> 2401 Pennsylvania Avenue, N.W.
> Suite 400
> Washington, D.C.  20037
> (202) 973-0200

>  */s/ Gregory D. Page*
>   Gregory D. Page

## *Western Energy Company v. MMS*, MMS-02-0092-COAL, MMS-03-0022-COAL, IBLA 2005-241

### Administrative Record Index

| Number | Description | Date |
|---|---|---|
| 1. | MMS Policy Document ("Guidelines Regarding Statute of Limitations for Demands and Orders and Appeals Decisions for Federal Leases") | 10/08/2002 |
| | **MMS APPEALS PROCESS** | |
| | *MMS-02-0092-COAL* | |
| 2. | MMS Order to Pay Additional Royalties (MMS-02-0092-COAL) | 09/23/2002 |
| 3. | WE's Notice of Appeal & Request for Extension of Time to file SOR (MMS-02-0092) | 10/22/2002 |
| 4. | MMS Letter to WE noting receipt of WE's NOA and Granting Extension of Time to file SOR (extension agreement attached) (MMS-02-0092-COAL) | 11/07/2002 |
| 5. | Extension Agreement for MMS Appeal (MMS-02-0092-COAL) | 12/19/2002 |
| 6. | Extension Agreement for MMS Appeal (MMS-02-0092-COAL) | 03/26/2003 |
| 7. | Extension Agreement for MMS Appeal (MMS-02-0092-COAL) | 06/26/2003 |
| 8. | Extension Agreement for MMS Appeal (MMS-02-0092-COAL) | 10/31/2003 |
| | *MMS-02-0022-COAL* | |
| 9. | MMS Order to Pay Additional Royalties (MMS-03-0022-COAL) | 01/27/2003 |
| 10. | WE's Notice of Appeal of January 27, 2003 MMS Order & Request for Extension of Time to file SOR (MMS-03-0022-COAL) | 02/24/2003 |
| 11. | MMS Letter to WE noting receipt of WE's NOA and Granting Extension of Time to file SOR (extension agreement attached) (MMS-03-0022-COAL) | 03/28/2003 |
| 12. | WE's Motion to Suspend Consideration of MMS-03-0022-COAL | 04/22/2003 |
| 13. | Extension Agreement for MMS Appeal (MMS-03-0022-COAL) | 05/01/2003 |
| 14. | E-mail (*re*: WE's request for extension of time) | 06/24/2003- 06/26/2003 |

1

| 15. | Extension Agreement for MMS Appeal (MMS-03-0022-COAL) | 06/26/2003 |
|---|---|---|
| 16. | WE's Motion to Consolidate MMS-0092-COAL & MMS-03-0022-COAL | 07/29/2003 |
| 17. | E-mail (*re*: WE's request for extension of time) | 08/21/2003 |
| 18. | MMS Memorandum Transmitting WE's Appeals and SOR to MMS Chief, Appeals Division | 10/29/2003 |
| 19. | Extension Agreement for MMS Appeal (MMS-03-0022-COAL) | 10/31/2003 |
| 20. | WE's Letter to MMS (*re*: Request for another set of attachments to WE's SOR) | 12/22/2003 |
| 21. | Handwritten Note to File | - |
| | ***Consolidated Appeals*** | |
| 22. | WE's Statement of Reasons | 09/18/2003 |
| 23. | WE's Attachment to Statement of Reasons<br>Volume 1-A: Attachment 1<br>Volume 1-B: Attachment 1<br>Volume 1-C: Attachments 2-12 | 09/18/2003 |
| 23a. | WE's Letter to MMS forwarding copy of Attachment to Statement of Reasons and correcting error at attachment #9. | 12/22/03 |
| 24. | E-mail (*re*: MMS line office closing cases on subject appeals) | 03/24/2004 |
| 25. | MMS' Appeals Decision | 03/28/2005 |
| 26. | MMS' Internal Case Transmittal Sheets | 04/29/2005 |
| 27. | MMS' Memorandum Transmitting WE's NOA to the IBLA & Memorandum Transmitting Official Case File to Solicitor | 05/16/2005 |
| | **INTERIOR BOARD OF LAND APPEALS** | |
| 28. | WE's NOA | 04/28/05 |
| 29. | WE's Request for Ext. of Time & ORDER Granting | 05/26/05 |
| 30. | WE's SOR | 06/17/05 |
| 31. | WE's Attachments to SOR | 06/17/05 |
| 32. | MMS's Notice of Appearance & Transmission of Case File | 08/03/05 |
| 33. | MMS's Request for Ext. of Time | 08/03/05 |
| 34. | WE's Objection to MMS Request for Ext. of Time (!!) | 08/10/05 |
| 35. | ORDER: Granting MMS Request for Ext. of Time | 08/16/05 |
| 36. | MMS's Answer | 09/02/05 |
| 37. | WE's Notice of Intent to Reply to MMS Answer & ORDER Granting | 09/20/05 |
| 38. | WE's Reply | 10/05/05 |

| 39. | IBLA DECISION: Affirming MMS Director's Decision in Full | 09/12/07 |
|---|---|---|
| | | |

# *Western Energy Company v. MMS*

**MMS-06-0056-COAL**

| COURT PAPERS | |
|---|---|
| **Document** | **Filing Date** |
| *MMS Appeals Process* | |
| 1. Order to Pay Additional Royalties | 09/26/06 |
| 2. Appellant's Statement of Reasons | 07/05/07 |
| 3. Decision of the Assistant Secretary for Land and Minerals Management denying appeal | 03/06/08 |

| Court Papers | |
|---|---|
| **Document** | **Filing Date** |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |