IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN ENERGY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:07-cv- 2237 (RCL) |
| v. ) | |
| ) | |
| DIRK KEMPTHORNE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION TO MODIFY CERTAIN SCHEDULING ORDER DEADLINES

Pursuant to Local Civil Rules 7 and 16.1, the parties, by counsel, move the Court to extend the deadlines for settlement discussions and merits briefing set forth in its June 17, 2008 Scheduling Order ("Scheduling Order") and Notice of Deadlines ("Deadline Notice") by approximately thirty days each as more particularly set forth below. In support of this motion, the parties state as follows:

1. The Court's Scheduling Order and Deadline Notice essentially adopted the time frame proposed by the parties. All items with respect to designation of the Administrative Record have been completed and associated deadlines have been met.

2. On July 16, 2008, the plaintiff sent the defendants a written settlement proposal. On July 23, 2008, the parties and their counsel had their first settlement conference. Although it is too soon to determine whether the any type of compromise is likely to be reached, the parties agree that additional discussions are warranted.

3. Because both the plaintiff and the defendant have needed to consult with numerous individuals in order to make and evaluate proposals, the settlement discussion process has been more time consuming than originally anticipated.

4. The parties believe that a time frame enlargement of approximately thirty days should afford them sufficient time to complete settlement discussions and to be in a position to brief summary judgment motions should a settlement not be reached. Accordingly, the parties propose to modify the Scheduling Order and Deadline Notice as follows:

### Settlement Discussions and Merits Briefing

| | |
|---|---|
| By September 15, 2008 | Parties either notify the Court that they have completed settlement discussions or move to stay merits briefing, provided settlement is reasonably likely |
| 30 days later | Plaintiff files Motion for Summary Judgment |
| 30 days later | Defendants file Opposition and Cross-Motion for Summary Judgment |
| 20 days later | Plaintiff files Opposition and Reply in Support |
| 20 days later | Defendants file Reply in Support |

6. A proposed order accompanies this motion (Attachment 1).

WHEREFORE, for the reasons stated above, the parties respectfully request that their Motion to Modify Certain Scheduling Order Deadlines be granted.

/s/ Gregory D. Page
Gregory D. Page (Bar No. 398121)
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20004-0663
Tel: (202) 305-0446

Attorney for the Defendants

/s/ John K. McDonald
John K. McDonald (Bar No. 304642)
Thad S. Huffman (Bar No. 424541)
JACKSON KELLY PLLC.
1875 Connecticut Ave., N.W. - Suite 1110
Washington, D.C. 20009
Tel: (202) 973-0200
Fax: (202) 973-0232

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN ENERGY COMPANY,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.   )<br>  )<br>DIRK KEMPTHORNE, *et al.*,  )<br>  )<br>   Defendants.  )<br>  )<br>  ) | Civil Action No. 1:07-cv- 2237 (RCL) |

## PROPOSED SCHEDULING ORDER

The Court, having considered the parties' Joint Motion to Modify Certain Scheduling Order Deadlines, and being of the opinion that the same is reasonable and should be granted, establishes the following schedule for settlement discussions and merits briefing:

| | |
|---|---|
| By September 15, 2008 | Parties either notify the Court that they have completed settlement discussions or move to stay merits briefing, provided settlement is reasonably likely |
| 30 days later | Plaintiff files Motion for Summary Judgment |
| 30 days later | Defendants file Opposition and Cross-Motion for Summary Judgment |
| 20 days later | Plaintiff files Opposition and Reply in Support |
| 20 days later | Defendants file Reply in Support |

SO ORDERED.

Entered this ___ day of _____ 2008.

                                                                         _____
                                                                            ROYCE C. LAMBERTH
                                                              UNITED STATES DISTRICT JUDGE