IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WESTERN ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, *et al.*,<br><br>Defendants. | Civil Action No. 1:07-cv- 2237 (RCL)<br><br>FILED<br>AUG 19 2008<br>Clerk, U.S. District and<br>Bankruptcy Courts |

### SCHEDULING ORDER

The Court, having considered the parties' Joint Motion to Modify Certain Scheduling Order Deadlines, and being of the opinion that the same is reasonable and should be granted, establishes the following schedule for settlement discussions and merits briefing:

| | |
|---|---|
| By September 15, 2008 | Parties either notify the Court that they have completed settlement discussions or move to stay merits briefing, provided settlement is reasonably likely |
| 30 days later | Plaintiff files Motion for Summary Judgment |
| 30 days later | Defendants file Opposition and Cross-Motion for Summary Judgment |
| 20 days later | Plaintiff files Opposition and Reply in Support |
| 20 days later | Defendants file Reply in Support |

SO ORDERED.

Entered this 19th day of August 2008.

/s/
_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE